JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JAMES GUSMAN, | CASE NO. 2:11-CV-00007-ABC-JCG |
| Plaintiff, | [~~PROPOSED~~] **JUDGMENT OF DISMISSAL** |
| vs. | |
| MODERN ADJUSTMENT BUREAU, | |
| Defendant. | |

On June 29, 2011, this Court entered an Order granting, without leave to amend, Defendant Modern Adjustment Bureau's ("Defendant") Motion to Dismiss the First Amended Complaint of Plaintiff James Gusman ("Plaintiff"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In accordance with that Order,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That Defendant is dismissed from this case with prejudice; and
2. That Plaintiff shall take nothing from Defendant in this action.

Dated: July 6, 2011

_____
The Honorable Audrey B. Collins
Chief United States District Judge

1